No. 70–5064. JEFFERSON ET AL. v. HACKNEY, COM-MISSIONER OF PUBLIC WELFARE, ET AL. Appeal from D. C. N. D. Tex. Motion of appellants for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted.

No. 70–5106. GRAYNED v. CITY OF ROCKFORD. Appeal from Sup. Ct. Ill. Motion of appellant for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted. Case consolidated with No. 70–87 [*Police Department of the City of Chicago* v. *Mosley,* certiorari granted, *infra*] and a total of one hour allotted for oral argument.

No. 70–99. EVANSVILLE-VANDERBURGH AIRPORT AU-THORITY DISTRICT ET AL. v. DELTA AIRLINES, INC., ET AL. Sup. Ct. Ind. Certiorari granted.

No. 70–188. WRIGHT ET AL. v. COUNCIL OF THE CITY OF EMPORIA ET AL. C. A. 4th Cir. Certiorari granted.

No. 70–251. JOSEPH v. UNITED STATES. C. A. 3d Cir. Certiorari granted.

No. 70–286. IOWA BEEF PACKERS, INC. v. THOMPSON ET AL. Sup. Ct. Iowa. Certiorari granted.

No. 70–295. FIRST NATIONAL CITY BANK v. BANCO NACIONAL DE CUBA. C. A. 2d Cir. Certiorari granted.

No. 70–305. COMMISSIONER OF INTERNAL REVENUE v. FIRST SECURITY BANK OF UTAH, N. A., ET AL. C. A. 10th Cir. Certiorari granted.